UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DOUGLAS WAYNE PERRY, doing
business as Click 1003,

        Plaintiff,

   v.

DEREK TAACA, BEN STOUT, PREMIER
MORTGAGE FUNDING, INC., doing
business as www.premiermf.com,

        Defendants.
_____/

NO. CIV. S-04-0107 FCD/PAN

ORDER TO SHOW CAUSE

----oo0oo----

        On January 12, 2005 the court issued an order instructing plaintiffs counsel, Mr. Derk W. Schutmaat, and defendants' Taaca and Premier Mortgage counsel, Mr. Jay F. Stocker, to file a Joint Status Report regarding the bankruptcy petition of defendant Stout within thirty (30) days of the order. A review of the docket shows that no such report has been filed.

        The court considers the failure of counsel to comply with

its January 12, 2005 Order a very serious violation considering the previous Order to Show Cause issued on November 24, 2004 for similar violations.

    The court, therefore, makes the following order:

    1.   Mr. Schutmaat and Mr. Stocker are ordered to show cause why they should not be sanctioned in the amount of $300.00 each, for failing to comply with the court's January 12, 2005.

    2.   Counsel shall file their response to the Order to Show Cause on or before September 30, 2005.

    3.   A hearing on the order to show cause is set for Friday, October 7, 2005 at 10:00 A.M.

    IT IS SO ORDERED.

DATED: September <u>15</u>, 2005.

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE