IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS WAYNE BERRY,

    Plaintiff,                      No. CIV S-04-107 EFB

  vs.

DEREK TAACA, et al.,

    Defendants.                ORDER

_____/

      By order filed January 17, 2007, the above-captioned case was set on the court's February 14, 2007 calendar for consideration of dismissal for lack of prosecution. That order provided that plaintiff's sworn declaration of facts in opposition be filed not later than twenty-one days prior to the hearing. That deadline has passed and plaintiff has failed to respond. Accordingly, the above-captioned case is DISMISSED for failure to prosecute. The Clerk is directed to close the case.

      So ordered.

DATED: February 1, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE